# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GALE E. RACHUY and
SANDRA K. RACHUY,

    Plaintiffs,

    v.

TOM MCCARNEY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-356-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

**PETER OPPENEER**
Peter Oppeneer, Clerk

/s/ M. Hardin
by Deputy Clerk

_____7/9/09_____
Date