IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GALE A. RACHUY and SANDRA K. RACHUY,

    Plaintiffs,

v.

TOM McCARNEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09cv-356-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case for failure to state a claim upon which relief may be granted.

_____      1/7/10
Peter Oppeneer, Clerk of Court                  Date